## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| EMILIO R., | Civil File No. 26-CV-105 (MJD/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| PAMELA JOE BONDI, ET AL., | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Emilio R. by no later than January 14, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

      b.      A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

      c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.      If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than January 16, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.      Respondents are enjoined from removing Petitioner from the District of Minnesota until a final decision is made on the habeas petition.

5.      In the event of an unforeseen circumstance or contingency, and with 72 hours' notice, Respondents may apply to the Court for permission to move Petitioner.

Dated: January 12, 2026                      s/Michael J. Davis  
                                                      Michael J. Davis  
                                                       United States District Court