UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EMILIO R., | Case No. 26-cv-00105 (MJD/ECW) |
| Petitioner, | |
| v. | ORDER TO RETURN PETITIONER TO MINNESOTA |
| PAMELA BONDI, ET AL., | |
| Respondents. | |

On January 8, 2026, Petitioner filed a petition for writ of habeas corpus in this Court. (Doc. 1.) On January 12, 2026, the Court filed an Order to Show Cause requiring Respondents to file an answer to the petition for a writ of habeas corpus. (Doc. 3 ¶¶ 1-2.) The Court also enjoined Respondents from removing Petitioner from the District of Minnesota until a final decision is made on the habeas petition. (Id. ¶ 4.) Unbeknownst to the Court, Respondents had already removed Petitioner to Texas on January 8, 2026.

Respondents are **ORDERED** to immediately return Petitioner to Minnesota until further order of the Court, and **ENJOINED** from again moving Petitioner outside of Minnesota until further order of the Court, so that Petitioner may consult with his counsel while the Court is considering his Petition and so

that there is no risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction over the Petition.

Dated:  January 19, 2026                             s/Michael J. Davis
                                                                     Michael J. Davis
                                                                     United States District Court