UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Emilio R., <br><br> Petitioner, <br><br> v. <br><br> Pamela Jo Bondi, in her official capacity as Attorney General of the United States; Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security; Todd Lyons, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, <br><br> Respondents. | Case No. 26-cv-00105 (MJD/ECW) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has received the January 18, 2026 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 8.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. See Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter**, IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation **(ECF No. 8)** is **ACCEPTED**;

2. Petitioner Emilio R.'s petition for a writ of habeas corpus **(ECF No. 1)** is **GRANTED**; insofar as Respondents are ordered to hold a bond hearing for

1

Petitioner before an immigration judge **in Minnesota** within 7 days of this order, and, if he is not granted a bond hearing within 7 days of such an order, it is ordered that that Petitioner be immediately released **in Minnesota**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date:   January 23, 2026                                     s/Michael J. Davis
                                                             Michael J. Davis
                                                             United States District Court