# UNITED STATES DISTRICT COURT
## District of Minnesota

Emilio Ramos de la Luz,

Petitioner(s),

v.

Pamela Jo Bondi , Kristi Noem, Todd Lyons and Immigration and David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-105 MJD/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation (ECF No. 8) is **ACCEPTED,**
2. Petitioner Emilio R's petition for a writ of habeas corpus (ECF No. 1) is **GRANTED**, insofar as Respondents are ordered to hold a bond hearing for Petitioner before an immigration judge in Minnesota withing 7 days of this order, and, if he is not granted a bond hearing within 7 days of such an order, it is ordered that Petitioner be immediately released **in Minnesota.**

Date: 1/23/2026

KATE M. FOGARTY, CLERK