# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Emilio R.,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-105 (MJD/ECW)

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Counsel for Petitioner.

Justin Merak Page, Assistant United States Attorney, Counsel for Respondents.

On January 23, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to provide Petitioner with a bond hearing within seven days of the date of the order.  [Doc. 10.]  On January 31, 2026, Respondents informed the Court that Petitioner's bond hearing was held on January 29, 2026 and that Petitioner was denied bond due to "concerns for public safety."  [Doc. 13.]  No further explanation was provided.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.  Respondents must immediately release Petitioner from custody; and

2. Petitioner Emilio R.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is

    **DISMISSED without prejudice**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 5, 2026             s/Michael J. Davis
                                     Michael J. Davis
                                     United States District Court